Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of New York

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Hal Luftig Company, Inc. | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 1 3 – 4 0 4 2 9 0 5 | |
| **4. Debtor's address** | **Principal place of business**  117 W 17th St #2C  Number    Street  Attn: Hal Luftig, President  New York, NY 10011-5446  City          State    ZIP Code  New York  County | **Mailing address, if different from principal place of business**  Number    Street  P.O. Box  City          State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City          State    ZIP Code |
| **5. Debtor's website (URL)** | www.halluftig.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor     Hal Luftig Company, Inc.                                                                                       Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .
   7  9  2  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.    District _____    When _____    Case number _____
                                              MM / DD / YYYY
          District _____    When _____    Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.    Debtor _____                              Relationship _____
          District _____                             When _____
                                                                   MM / DD / YYYY
          Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor    Hal Luftig Company, Inc.    Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                                           Number      Street<br>_____<br>_____                                   ____   _____<br>City                                                                                            State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                   Contact name      _____<br>                   Phone                  _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49       ☐ 50-99            ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999     ☐ 10,001-25,000                                          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                      ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000             ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000           ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million           ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor   Hal Luftig Company, Inc.                                                           Case number *(if known)*
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/30/2022
              MM/ DD/ YYYY

X   /s/ Hal Luftig                                            Hal Luftig
    Signature of authorized representative of debtor          Printed name

Title           President

**18. Signature of attorney**

X            /s/ Sheryl P. Giugliano                      Date   11/30/2022
    Signature of attorney for debtor                             MM/ DD/ YYYY

Sheryl P. Giugliano
Printed name

Ruskin Moscou Faltischek, PC
Firm name

1425 RXR Plaza 15th Floor
Number     Street

Uniondale                                                 NY          11556
City                                                      State       ZIP Code

(516) 663-6600                                            sgiugliano@rmfpc.com
Contact phone                                             Email address

4658605                                                   NY
Bar number                                                State