**Fill in this information to identify the case:**

Debtor name _____ Hal Luftig Company, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/30/2022___          **X** /s/ Hal Luftig _____
             MM/ DD/ YYYY                  Signature of individual signing on behalf of debtor

                                           Hal Luftig _____
                                           Printed name

                                           President _____
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Hal Luftig Company, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider*, **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Amy Deutsch<br>4511 South Ocean Blvd. Apt. 703<br>Boca Raton, FL 33487 | | Promissory Note | | | | $75,000.00 |
| 2 | Citizens One<br>Attn: Officer, manager, authorized agent<br>One Citizens Plaza<br>Providence, RI 02903 | | Loan for cell phone | | | | $1,373.18 |
| 3 | FCP Entertainment Partners, LLC<br>c/o Lippes Mathias, Attn: R. Scherer<br>50 Fountain Plaza 1700<br>Buffalo, NY 14202 | | Arbitration Award; Judgment | Disputed Unliquidated | | | $2,638,925.78 |
| 4 | Kevin Connor<br>430 Convent Ave<br>New York, NY 10031-3629 | | Commissions in connection with Plaza Suite Production | | | | $51,400.00 |
| 5 | U.S. Small Business Administration<br>Attn: SBA Disaster Loan Service Center<br>2 North 20th Street Suite 320<br>Birmingham, AL 35203 | | Economic Injury Disaster Loan | | | | $150,000.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   Hal Luftig Company, Inc.                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Hal Luftig Company, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $133.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 JPMorgan Chase | Checking account | 5170 | $99,668.04 |

**Additional Page Total** - *See continuation page for additional entries*                     $6,226.33

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $106,027.37 |

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | __Hal Luftig Company, Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                                    **$0.00**

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts Receivable**

11a. 90 days old or less:     _____  -  _____  = ...... ➔     _____
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        _____  -  _____  = ...... ➔     _____
                             face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    **$0.00**

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                     % of ownership:

15.1  **General Partner interests in The British Invasion Development LLC**     **25.00%**          _____          **(Unknown)**

Additional Page Total - *See continuation page for additional entries*                                              **$0.00**

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

| Debtor | __Hal Luftig Company, Inc.__ | Case number *(if known)* _____ |
| | Name | |

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**None**

**20.** **Work in progress**

**None**

**21.** **Finished goods, including goods held for resale**

**None**

**22.** **Other inventory or supplies**

**None**

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    __Hal Luftig Company, Inc.__                                    Case number *(if known)* _____
          Name

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**28. Crops — either planted or harvested**

   None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31. Farm and fishing supplies, chemicals, and feed**

   None

**32. Other farming and fishing-related property not already listed in Part 6**

   None

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                    _____ $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

| Debtor | __Hal Luftig Company, Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 __Filing cabinets, desks__ | (Unknown) | | $1,200.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 __Scanner__ | (Unknown) | | $100.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                          $1,300.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |

Debtor    **Hal Luftig Company, Inc.**                                                Case number *(if known)* _____
              Name

---

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

49. **Aircraft and accessories**

**None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                    **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

---

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                                    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 6

Debtor    **Hal Luftig Company, Inc.**

Name                                                      Case number *(if known)*

---

## Part 10:  Intangibles and Intellectual Property

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

    None

**61.    Internet domain names and websites**

    61.1  **Website halluftigcompany.com**            (Unknown)                            (Unknown)

    **Additional Page Total** - *See continuation page for additional entries*                                                $0.00

**62.    Licenses, franchises, and royalties**

    None

**63.    Customer lists, mailing lists, or other compilations**

    None

**64.    Other intangibles, or intellectual property**

    None

**65.    Goodwill**

    65.1  **Goodwill**                 (Unknown)                           (Unknown)

**66.    Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                                      $0.00

**67.    Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11:  All other assets

Debtor    __Hal Luftig Company, Inc._____    Case number *(if known)* _____
        Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.    $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Hal Luftig Company, Inc.**                                    Case number *(if known)*
Name

## Part 12:    Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $106,027.37 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,300.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................. | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column......  91a. | $107,327.37 | + 91b.  $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................... | | $107,327.37 |

Debtor   **Hal Luftig Company, Inc.**
   Name

Case number *(if known)*

---

## ▮ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts -** *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **City National Bank, N.A.** | **Checking account** | **8061** | **$6,226.33** |
| 3.3 **City National Bank, N.A.** | **Money market account** | **0846** | **$0.00** |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture -** *Continued*

| Name of fund or stock: | % of ownership: | | |
|---|---|---|---|
| 15.2 **Membership interests in The Boots Are Back LLC** | **14.04%** | | **(Unknown)** |
| 15.3 **Membership interests in Becoming Nancy LLC** | **25.00%** | | **(Unknown)** |
| 15.4 **Limited partner interests in Rent North America LLC** | **3.91%** | | **(Unknown)** |
| 15.5 **Limited partner interests in Modern Millie LLC** | **14.06%** | | **(Unknown)** |
| 15.6 **General Partner interests in Kinky Boots LLC (pursuant to a final arbitration award, FCP Entertainment Partners, LLC is entitled to 55% of the Debtor's profits from this entity)** | **15.73%** | | **(Unknown)** |
| 15.7 **Limited partner interests in Utopia Broadway LLC** | **2.34%** | | **(Unknown)** |
| 15.8 **General Partner interests in The British Invasion Development Company LLC** | **25.00%** | | **(Unknown)** |
| 15.9 **General Partner interests in Kinky Boots Japan LLC** | **50.00%** | | **(Unknown)** |
| 15.10 **General Partner Interests in Yiddler Company LLC** | **32.50%** | | **(Unknown)** |
| 15.11 **Limited partner interests in SIX On Broadway Limited Partnership** | **0.25%** | | **(Unknown)** |
| 15.12 **General Partner interests in Midnight Development LLC** | **50.00%** | | **(Unknown)** |
| 15.13 **General Partner interests in Suite 719 LLC** | **11.50%** | | **(Unknown)** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**61.** **Internet domain names and websites -** *Continued*

| | | | |
|---|---|---|---|
| 61.2 **Website and domain name halluftig.com** | **(Unknown)** | | **(Unknown)** |

---

Fill in this information to identify the case:

Debtor name    Hal Luftig Company, Inc.

United States Bankruptcy Court for the:    Southern    District of    New York

(State)

Case number (if known): _____

☐ Check if this is an
amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 1

Fill in this information to identify the case:

Debtor name _____ Hal Luftig Company, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
        ☐ No. Go to Part 2.
        ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Kevin Connor<br><br>430 Convent Ave<br><br>New York, NY 10031-3629<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Commissions in connection with Plaza Suite Production<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $51,400.00 | $13,650.00 |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor    **Hal Luftig Company, Inc.**                                    Case number *(if known)* _____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

    Adobe Services

    Attn: Officer, manager, authorized agent

    345 Park Avenue

    San Jose, CA 95110-2704

    Date or dates debt was incurred   _____

    Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim:  **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

    Amy Deutsch

    4511 South Ocean Blvd. Apt. 703

    Boca Raton, FL 33487

    Date or dates debt was incurred   **11/22/2022**

    Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim:  **$75,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

    California Department of Tax and Fee Administration

    PO Box 942879

    Sacramento, CA 94279-0001

    Date or dates debt was incurred   _____

    Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim:  **unknown**

---

**3.4** Nonpriority creditor's name and mailing address

    Citizens One

    Attn: Officer, manager, authorized agent

    One Citizens Plaza

    Providence, RI 02903

    Date or dates debt was incurred   _____

    Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan for cell phone**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim:  **$1,373.18**

Debtor    __**Hal Luftig Company, Inc.**__                                    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

__**CNA Insurance**__

__Attn: Officer, Manager, Authorized Agent__

__PO Box Box 382033__

__Pittsburgh, PA 15250__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          __unknown__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

__**DropBox, Inc.**__

__Attn.: Officer, Manager, Authorized Agent__

__1800 Owens Street 200__

__San Francisco, CA 94158__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          __unknown__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

__**FCP Entertainment Partners, LLC**__

__c/o Lippes Mathias, Attn: R. Scherer__

__50 Fountain Plaza 1700__

__Buffalo, NY 14202__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          __$2,638,925.78__
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Arbitration Award; Judgment__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

__**Google Workspace**__

__Attn.: Officer, Manager, Authorized Agent__

__1600 Amphitheatre Parkway__

__Mountain View, CA 94043__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          __unknown__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Hal Luftig Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

**3.9** Nonpriority creditor's name and mailing address

Hal Luftig

117 West 17th Street #2C

New York, NY 10011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$164,505.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Promissory Note for loan**
Basis for the claim:  to Debtor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Operations

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

John Cahill, Esq

Regional Counsel for NY/NJ
U.S. Department of Housing & Urban Development

26 Federal Plaza 3500

New York, NY 10278

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Luftig-Haffner-Chapman Theatrical

Attn: Officer, Manager, Authorized Agent

117 W 17th St Apt 2c

New York, NY 10011-5446

Date or dates debt was incurred  12/9/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$50,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Hal Luftig Company, Inc.**
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

### 3.13 Nonpriority creditor's name and mailing address

**Michigan Department of Treasury**

**Litigation Liaison**
**Austin Building**

**430 West Allegan Street 2nd Floor**

**Lansing, MI 48922**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

### 3.14 Nonpriority creditor's name and mailing address

**NYC Dept. of Finance**

**Office of Legal Affairs**

**375 Pearl Street 30th Fl**

**New York, NY 10038**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

### 3.15 Nonpriority creditor's name and mailing address

**NYS Dept of Tax & Finance**

**Bankruptcy Unit**

**POB 5300**

**Albany, NY 12205**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

### 3.16 Nonpriority creditor's name and mailing address

**NYS Unemployment Insurance Fund**

**P.O. Box 551**

**Albany, NY 12201**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Hal Luftig Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

**Parking Violations Bureau**

**210 Joralemon Avenue**

**Brooklyn, NY 11201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Pitney Bowes Inc.**

**Attn: Manager, general, or authorized agent**

**3001 Summer Street**

**Stamford, CT 06905**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease for postage machine**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Robert Roberts**

**Office of Sit Remediation and Enforcement**
**Office of Enforcement & Compliance**

**1200 Pennsylvania Ave, NW**

**Washington, DC 20004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Social Security Administration**

**Office of Regional Chief Counsel**
**Region II**

**26 Federal Plaza 3904**

**New York, NY 10278**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Hal Luftig Company, Inc.**                                Case number *(if known)* _____
       Name

| Part 2: | Additional Page |
|---------|------------------|

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | underline: unknown
*Check all that apply.*

State of California Franchise Tax Board

Franchise Tax Board
Bankruptcy Unit

P.O. Box 2952 MS A 340

Sacramento, CA 95812

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice purpose only.

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

T-Mobile

Attn: Officer, Manager, Authorized Agent

PO Box 54310

Bellevue, WA 98015-3410

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

U.S. Securities and Exchange Commission

Bankruptcy Group, Brookfield Place

200 Vesey Street 400

New York, NY

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice purpose only.

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150,000.00
*Check all that apply.*

U.S. Small Business Administration

Attn: SBA Disaster Loan Service Center

2 North 20th Street Suite 320

Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Economic Injury Disaster
Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    6/2/2020

Last 4 digits of account number    __ __ __ __

Debtor    **Hal Luftig Company, Inc.**                                      Case number *(if known)* _____
        Name

| Part 2: | Additional Page |

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**United States Attorney's Ofice**

**Southern District of NY**
**Attn. Tax and Bankruptcy Unit**

**86 Chambers Street 3rd fl**

**New York, NY 10007**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice purpose only.**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Verizon**

**Attn: Manager, officer, authorized agent**

**1310 North Courthouse Road**

**Arlington, VA 22201**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Zoom**

**Attn.: Officer, Manager, Authorized Agent**

**55 Almaden Blvd. 6th Floor**

**San Jose, CA 95113**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Debtor   **Hal Luftig Company, Inc.**
         Name                                                    Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **FCP Entertainment Partners, LLC** <br> **Attn: Warren Trepp** <br> **PO Box Box 19688** <br> **Reno, NV 89511** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2** **FCP Entertainment Partners, LLC** <br> **c/o RBS&L** <br> **Attn: F. Gilmore** <br> **71 Washington Street** <br> **Reno, NV 89503** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Hal Luftig Company, Inc.**                                    Case number *(if known)* _____
             Name

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$51,400.00** |
| 5b.   **Total claims from Part 2** | 5b. **+** | **$3,079,804.70** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,131,204.70** |

---

Fill in this information to identify the case:

Debtor name _____ Hal Luftig Company, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of New York _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Postage machine<br>Contract to be ASSUMED | Pitney Bowes Inc.<br>Attn: Manager, general, or authorized agent |
| State the term remaining | 0 months | 3001 Summer Street |
| List the contract number of any government contract | | Stamford, CT 06905 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Cloud based payroll services<br>Contract to be ASSUMED | Gusto, Inc.<br>Attn: Officer, manager, authorized agent |
| State the term remaining | 0 months | 525 20th Street |
| List the contract number of any government contract | | San Francisco, CA 94107 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Hal Luftig Company, Inc.**_____

United States Bankruptcy Court for the: _____**Southern**_____ District of ____**New York**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Luftig, Hal | 117 W 17th St Apt 2c | FCP Entertainment Partners, LLC | ☐ D |
| | | Street | | ☑ E/F |
| | | | | ☐ G |
| | | New York, NY 10011-5446 | | |
| | | City          State          ZIP Code | | |
| 2.2 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          ZIP Code | | |
| 2.3 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          ZIP Code | | |
| 2.4 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          ZIP Code | | |
| 2.5 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          ZIP Code | | |

Debtor   **Hal Luftig Company, Inc.**                                    Case number (if known) _____
         Name

| | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | _____ | ☐ G |
| | | _____ | | |
| | | City    State    ZIP Code | | |

Official Form 206H                     **Schedule H: Codebtors**

| Fill in this information to identify the case: |
|---|

Debtor name _____ **Hal Luftig Company, Inc.** _____

United States Bankruptcy Court for the:

_____ **Southern District of New York** _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** Summary of Assets |
|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................

   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................

   $107,327.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................

   $107,327.37

| **Part 2:** Summary of Liabilities |
|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   $51,400.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   +   $3,079,804.70

4. **Total liabilities**............................................................................................................
   Lines 2 + 3a + 3b

   $3,131,204.70