Sheryl P. Giugliano
Michael S. Amato
RUSKIN MOSCOU FALTISCHEK P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
sgiugliano@rmfpc.com
mamato@rmfpc.com

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:

HAL LUFTIG COMPANY, INC.

                            Debtor.

-------------------------------------------------------------------x

Chapter 11 (Subchapter V)

Case No. 22-11617 (JPM)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    ) ss.:
COUNTY OF NASSAU     )

SARINA AMIEL, affirms, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

    On March 13, 2023, I served true and correct copies of the following:

- *Order Establishing Procedures for Debtor's Motion for Order Pursuant to 11 U.S.C. § 502(c) Authorizing Estimation of FCP Entertainment Partners, LLC Claim Authorizing Estimation of FCP Entertainment Partners, LLC, and Establishing Schedule for Estimation Proceedings* (ECF 59);

- *Debtor's Motion for Order Pursuant to 11 U.S.C. § 502(c) Authorizing Estimation of Claim of FCP Entertainment Partners, LLC, and Establishing Schedule for Estimation* Proceedings (ECF 49); and

- *Declaration of Sheryl P. Giugliano in Support of Debtor's Motion for Order Pursuant to 11 U.S.C. § 502(c) Authorizing Estimation of Claim of FCP Entertainment Partners, LLC and Establishing Schedule for Estimation Proceedings* and Exhibits (ECF 49-2).

996822

by email and depositing a true copy thereof enclosed in a post-paid wrapper, in the custody of FedEx and U.S. Postal Service Express Delivery for overnight delivery, prior to the latest time designated by that service for overnight delivery, addressed to the parties listed on the attached service list.

/s/ Sarina Amiel
SARINA AMIEL

Affirmed to before me this
14th day of March, 2023.

/s/ Sandra L. McGrath
SANDRA L. McGRATH, NOTARY PUBLIC
State of New York, No. 01MC4922887
Qualified in Nassau County
Commission Expires 3/14/26

## Service List

**Office of United States Trustee for Region 2**

| | |
|---|---|
| Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Rm 534<br>New York, NY 10004-1408<br>Attn: Paul Schwartzberg, Esq. | VIA Email and Federal Express |

**Subchapter V Trustee**

| | |
|---|---|
| Charles N. Persing, CPA/CFF, CVA, CIRA, CFE<br>c/o Bederson LLP<br>100 Passaic Avenue, Ste 310<br>Fairfield, NJ 07004<br>117 West 17th Street, #2C<br>New York, NY 10011 | VIA Email and Federal Express |

**Local Counsel to Hal Luftig**

| | |
|---|---|
| Adam L. Rosen, Esq.<br>1051 Port Washington Blvd.<br>PO Box 552<br>Port Washington, NY 11050 | VIA Email and Federal Express |

**Counsel to Hal Luftig**

| | |
|---|---|
| Martin J. Foley, A PLC<br>Attn: Martin J. Foley, Esq.<br>601 S. Figueroa Street, Ste 2050<br>Los Angeles, CA 90017 | VIA Email and Federal Express |
| Jassy Vick Carolan<br>Attn: Kevin L. Vick, Esq.<br>355 S. Grand Ave., Ste 2450<br>Los Angeles, CA 90071 | VIA Email and Federal Express |

**Debtor's Banks**

| | |
|---|---|
| Chase<br>611 6th Ave.<br>New York, NY 10003<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| City National Bank<br>71 5th Ave.<br>New York, NY 10003<br>Attn: Officer, manager, authorized agent | VIA Federal Express |

**Secured Creditor**

| | |
|---|---|
| U.S. Small Business Administration<br>Attn: SBA Disaster Loan Service Center<br>2 North 20th Street, Ste 320<br>Birmingham, AL 35203 | VIA Email and Federal Express |
| U.S. Small Business Administration<br>National Disaster Loan Resolution Center<br>200 West Santa Ana Blvd.<br>Santa Ana, CA 92701<br>Attn.; Officer, manager, authorized agent | Via Federal Express |

**Counsel to SBA**

| | |
|---|---|
| Jeffrey H. Schervone, Esq.<br>U.S Small Business Administration<br>26 Federal Plaza, Room 3100<br>New York, NY 12078 | VIA Email and Federal Express |
| Alyssa B. O'Gallagher<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | VIA Email and Federal Express |

**20 Largest Unsecured Creditors**

| | |
|---|---|
| FCP Entertainment<br>c/o Lippes Mathias<br>Attn: John A. Meuller, Esq. and Richard M. Sherer, Jr.<br>50 Fountain Plaza 1700<br>Buffalo, NY 14202 | VIA Email and Federal Express |
| FCP Entertainment Partners, LLC<br>Attn: Warren Trepp<br>PO Box 19688<br>Reno, NV 89511 | VIA U.S. Priority Express Mail |
| FCP Entertainment Partners, LLC<br>c/o Robinson, Sharp, Sullivan, Brust<br>Attn: Frank C. Gilmore<br>71 Washington Street<br>Reno, NV 89503 | VIA Email and Federal Express |
| Amy Deutsch<br>4511 South Ocean Blvd., Apt 703<br>Boca Raton, FL 33487 | VIA Email and Federal Express |

4

**Creditors and Notice Parties**

| | |
|---|---|
| Adobe Services<br>Attn: Officer, Manager, Authorized Agent<br>345 Park Avenue<br>San Jose, CA 95110 | VIA Federal Express |
| California Department of Tax and<br>Fee Administration<br>450 North Street<br>PO Box 942879<br>Sacramento, CA 94279<br>Attn: Officer, manager, authorized agent | VIA U.S. Priority Express Mail |
| Citizen One<br>Attn: Officer, Manager, Authorized Agent<br>One Citizens Plaza<br>Providence, RI 02903 | VIA Federal Express |
| CNA Commercial Insurance<br>500 Colonial Center Parkway<br>Lake Mary, FL 32746<br>Attn: Cynthia Goral | VIA Email and Federal Express |
| CNA Insurance<br>Attn.; Officer, manager, authorized agent<br>151 N Franklin St Floor 9<br>Chicago, IL 60606 | VIA Federal Express |
| DropBox, Inc.<br>Attn.: Officer, manager, authorized agent<br>1800 Owens Street 200<br>San Francisco, CA 94158 | VIA Federal Express |
| Google Workspace<br>Attn.: Officer, manager, authorized agent<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | VIA Federal Express |
| Gusto, Inc.<br>Attn.: Officer, Manager, authorized agent<br>525 20th Street<br>San Francisco, CA 94107 | VIA Federal Express |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>Attn: Officer, manager, authorized agent | VIA U.S. Priority Express Mail |

| | |
|---|---|
| Internal Revenue Service<br>15 New Sudbury Street, M/S 20800<br>Creditor # 7985554<br>Boston, MA 02203<br>Attn: Gail Allbee Edelstein | VIA Email and Federal Express |
| John Bury, EA<br>Bury and Associates, Inc.<br>125 Main Street<br>PO Box 607<br>Southington, CT  06489 | VIA Email and Federal Express |
| John Cahill, Esq.<br>Regional Counsel for NY/NJ<br>I.S. Department of Housing & Urban Development<br>26 Federal Plaza 3500<br>New York, NY 10278 | VIA Federal Express |
| Kevin Connor<br>430 Convent Avenue<br>New York, NY 10031-3629 | VIA Email and Federal Express |
| Luftig Adelson, LP<br>Attn.: Officer, manager, authorized agent<br>117 West 17th Street, #2C<br>New York, NY 10011 | VIA Federal Express |
| Luftig Adelson, LP<br>c/o Adam L. Rosen, PLLC<br>1051 Port Washington Blvd.<br>Box 552<br>Port Washington, NY 10050 | VIA Federal Express |
| Luftig-Haffner-Chapman Theatrical<br>Attn.: Officer, manager, authorized agent<br>117 West 17th Street, #2C<br>New York, NY 10011 | VIA Federal Express |
| Luftig-Haffner-Chapman Theatrical<br>c/o Adam L. Rosen, PLLC<br>1051 Port Washington Blvd.<br>Box 552<br>Port Washington, NY 10050 | VIA Federal Express |
| Michigan Department of Treasury<br>Litigation\Liaison<br>Austin Building<br>430 West Allegan Street, 2nd Floor<br>Lansing, NI 10038<br>Attn: Officer, manager, authorized agent | VIA Federal Express |

6

| | |
|---|---|
| NYC Dept. of Finance Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| New York State Department of Labor<br>State Campus Bldg 12 Rm 256<br>Albany, NY 12240<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| NYS Dept. of Tax & Finance<br>Bankruptcy Unit<br>POB 5300<br>Albany, NY 12205<br>Attn: Officer, manager, authorized agent | VIA U.S. Priority Express Mail |
| NYS Unemployment Insurance Fund<br>PO Box 66699<br>Albany, NY 12206<br>Attn.: Officer, manager, authorized agent | VIA U.S. Priority Express Mail |
| Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| Pitney Bowes Inc.<br>Attn.: Officer, manager, authorized agent<br>3001 Summer Street<br>Stamford, CT 06905 | VIA Federal Express |
| Robert Roberts<br>Office of Enforcement & Compliance<br>1200 Pennsylvania Ave W<br>Washington, DC 20004 | VIA Federal Express |
| Social Security Administration<br>Office of Regional Chief Counsel<br>Region II<br>26 Federal Plaza 3904<br>New York, NY 10278<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| State of California Franchise Tax Board<br>Franchise Tax Boar<br>Bankruptcy Unit<br>P.O. Box 2952 MS A 340<br>Sacramento, CA 95812<br>Attn: Officer, manager, authorized agent | VIA U.S. Priority Express Mail |

| | |
|---|---|
| T-Mobile<br>Att.: Officer, manager, authorized agent<br>PO Box 54310<br>Bellevue, WA 98015 | VIA U.S. Priority Express Mail |
| U.S. Securities and Exchange Commission<br>Bankruptcy Group, Brookfield Place<br>200 Vesey Street, Rm 400<br>New York, NY  10281<br>Attn: Officer, manager, authorized agent | VIA Federal Express |
| United States Attorney's Office<br>Southern District of New York<br>Attn.: Tax and Bankruptcy Unit<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | VIA Federal Express |
| Verizon Wireless Bankruptcy Administration<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304 | VIA Federal Express |
| Zoom<br>Attn.; Officer, manager, authorized agent<br>55 Almaden Blvd., 6th Floor<br>San Jose, CA 95113 | VIA Federal Express |

**Retained Professionals**

| | |
|---|---|
| RK Consultants<br>1178 Broadway<br>New York, NY 10001<br>Attn:  Brian Ryniker | VIA Email and Federal Express |
| CBIZ Marks Paneth, LLC<br>685 Third Avenue<br>New York, NY 10017<br>Attn:  Christopher Cacance, Managing Director | VIA Email and Federal Express |

8