Sheryl P. Giugliano
Michael S. Amato
RUSKIN MOSCOU FALTISCHEK P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
sgiugliano@rmfpc.com
mamato@rmfpc.com

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

HAL LUFTIG COMPANY, INC.

                                    Debtor.
------------------------------------------------------------------x

                                Chapter 11 (Subchapter V)

                                Case No. 22-11617 (JPM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      ) ss.:
COUNTY OF NASSAU      )

SARINA AMIEL, affirms, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

    On April 20, 2023, I served true and correct copies of the following:

- *Notice of Hearing to Consider Confirmation of Debtor's Small Business Chapter 11 Plan of Reorganization* (ECF No. 68)*;*

- *Order Scheduling: (I) Hearing to Consider Confirmation of Debtor's Chapter 11 Plan, (II) Deadline for Submission of Ballots, and (III) Deadline for Filing Objections to Plan,* with Exhibits (ECF No. 67);

- *Notice of Filing Plan Supplement* with Exhibits (ECF No. 63); and

- *Ballots for Holders of Class 3 (FCP Claim) and Class 4 (General Unsecured Claims) for Accepting or Rejecting the Debtor's Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code.*[1]

---

[1] Ballots were only served upon the parties indicated below

999859

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York, addressed to the parties listed on the attached service list.

/s/ Sarina Amiel
SARINA AMIEL

Affirmed to before me this
21st day of April, 2023.

/s/ Sandra L. McGrath
SANDRA L. McGRATH, NOTARY PUBLIC
State of New York, No. 01MC4922887
Qualified in Nassau County
Commission Expires 3/14/26

2

999859

**Service List**

**Office of United States Trustee for Region 2**

Office of the United States Trustee       ECF Nos. 68, 67 and 63
Alexander Hamilton Custom House
One Bowling Green, Rm 534
New York, NY 10004-1408
Attn:  Paul Schwartzberg, Esq.

**Subchapter V Trustee**
Charles N. Persing, CPA/CFF, CVA, CIRA, CFE       ECF Nos. 68, 67 and 63
c/o Bederson LLP
100 Passaic Avenue, Ste 310
Fairfield, NJ 07004
117 West 17th Street, #2C
New York, NY 10011

**Local Counsel to Hal Luftig**

Adam L. Rosen, Esq.       ECF Nos. 68, 67 and 63
1051 Port Washington Blvd.
PO Box 552
Port Washington, NY 11050

**Counsel to Hal Luftig**

Martin J. Foley, A PLC       ECF Nos. 68, 67 and 63
Attn: Martin J. Foley, Esq.
601 S. Figueroa Street, Ste 2050
Los Angeles, CA 90017

Jassy Vick Carolan       ECF Nos. 68, 67 and 63
Attn:  Kevin L. Vick, Esq.
355 S. Grand Ave., Ste 2450
Los Angeles, CA 90071

**Debtor's Banks**
Chase       ECF Nos. 68, 67 and 63
611 6th Ave.
New York, NY 10003
Attn: Officer, manager, authorized agent

City National Bank       ECF Nos. 68, 67 and 63
71 5th Ave.
New York, NY 10003
Attn: Officer, manager, authorized agent

999859

**Secured Creditor**

| | |
|---|---|
| U.S. Small Business Administration<br>Attn:  SBA Disaster Loan Service Center<br>2 North 20th Street, Ste 320<br>Birmingham, AL 35203 | ECF Nos. 68, 67 and 63 |
| U.S. Small Business Administration<br>National Disaster Loan Resolution Center<br>200 West Santa Ana Blvd.<br>Santa Ana, CA 92701<br>Attn.; Officer, manager, authorized agent | ECF Nos. 68, 67 and 63 |

**Counsel to SBA**

| | |
|---|---|
| Jeffrey H. Schervone, Esq.<br>U.S Small Business Administration<br>26 Federal Plaza, Room 3100<br>New York, NY 12078 | ECF Nos. 68, 67 and 63 |
| Alyssa B. O'Gallagher<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | ECF Nos. 68, 67 and 63 |

**20 Largest Unsecured Creditors**

| | |
|---|---|
| FCP Entertainment<br>c/o Lippes Mathias<br>Attn:  John A. Meuller, Esq. and Richard M. Sherer, Jr.<br>50 Fountain Plaza 1700<br>Buffalo, NY 14202 | ECF Nos. 68, 67, 63 and Ballot Class 3 |
| FCP Entertainment Partners, LLC<br>Attn:  Warren Trepp<br>PO Box 19688<br>Reno, NV 89511 | ECF Nos. 68, 67, 63 and Ballot Class 3 |
| FCP Entertainment Partners, LLC<br>c/o Robinson, Sharp, Sullivan, Brust<br>Attn:  Frank C. Gilmore<br>71 Washington Street<br>Reno, NV 89503 | ECF Nos. 68, 67, 63 and Ballot Class 3 |
| Amy Deutsch<br>4511 South Ocean Blvd., Apt 703<br>Boca Raton, FL 33487 | ECF Nos. 68, 67, 63 and Ballot Class 4 |

4

**Creditors and Notice Parties**

| | |
|---|---|
| Adobe Services<br>Attn:  Officer, Manager, Authorized Agent<br>345 Park Avenue<br>San Jose, CA 95110 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| California Department of Tax and<br>Fee Administration<br>450 North Street<br>PO Box 942879<br>Sacramento, CA 94279<br>Attn: Officer, manager, authorized agent | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| Citizen One<br>Attn:  Officer, Manager, Authorized Agent<br>One Citizens Plaza<br>Providence, RI 02903 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| CNA Commercial Insurance<br>500 Colonial Center Parkway<br>Lake Mary, FL 32746<br>Attn: Cynthia Goral | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| CNA Insurance<br>Attn.; Officer, manager, authorized agent<br>151 N Franklin St Floor 9<br>Chicago, IL 60606 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| DropBox, Inc.<br>Attn.: Officer, manager, authorized agent<br>1800 Owens Street 200<br>San Francisco, CA 94158 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| Google Workspace<br>Attn.: Officer, manager, authorized agent<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| Gusto, Inc.<br>Attn.: Officer, Manager, authorized agent<br>525 20th Street<br>San Francisco, CA 94107 | ECF Nos. 68, 67, 63 and Ballot Class 4 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>Attn: Officer, manager, authorized agent | ECF Nos. 68, 67, 63 and Ballot Class 4 |

999859

Internal Revenue Service                                    ECF Nos. 68, 67, 63 and Ballot Class 4
15 New Sudbury Street, M/S 20800
Creditor # 7985554
Boston, MA 02203
Attn: Gail Allbee Edelstein

John Bury, EA                                              ECF Nos. 68, 67 and 63
Bury and Associates, Inc.
125 Main Street
PO Box 607
Southington, CT  06489

John Cahill, Esq.                                          ECF Nos. 68, 67, 63 and Ballot Class 4
Regional Counsel for NY/NJ
I.S. Department of Housing & Urban Development
26 Federal Plaza 3500
New York, NY 10278

Kevin Connor                                              ECF Nos. 68, 67, 63 and Ballot Class 4
430 Convent Avenue
New York, NY 10031-3629

Luftig Adelson, LP                                        ECF Nos. 68, 67, 63 and Ballot Class 4
c/o Adam L. Rosen, Esq.                                        (served 4/21/23)
1051 Port Washington Blvd.
PO Box 552
Port Washington, NY 11050

Luftig-Haffner-Chapman Theatrical                         ECF Nos. 68, 67, 63 and Ballot Class 4
Attn.: Officer, manager, authorized agent
117 West 17th Street, #2C
New York, NY 10011

Michigan Department of Treasury                           ECF Nos. 68, 67, 63 and Ballot Class 4
Litigation\Liaison
Austin Building
430 West Allegan Street, 2nd Floor
Lansing, NI 10038
Attn: Officer, manager, authorized agent

NYC Dept. of Finance Office of Legal Affairs             ECF Nos. 68, 67, 63 and Ballot Class 4
375 Pearl Street, 30th Floor
New York, NY 10038
Attn: Officer, manager, authorized agent

999859

New York State Department of Labor      ECF Nos. 68, 67, 63 and Ballot Class 4
State Campus Bldg 12 Rm 256
Albany, NY 12240
Attn: Officer, manager, authorized agent

NYS Dept. of Tax & Finance      ECF Nos. 68, 67, 63 and Ballot Class 4
Bankruptcy Unit
POB 5300
Albany, NY 12205
Attn: Officer, manager, authorized agent

NYS Unemployment Insurance Fund      ECF Nos. 68, 67, 63 and Ballot Class 4
PO Box 66699
Albany, NY 12206
Attn.: Officer, manager, authorized agent

Parking Violations Bureau      ECF Nos. 68, 67, 63 and Ballot Class 4
210 Joralemon Avenue
Brooklyn, NY 11201
Attn: Officer, manager, authorized agent

Pitney Bowes Inc.      ECF Nos. 68, 67, 63 and Ballot Class 4
Attn.: Officer, manager, authorized agent
3001 Summer Street
Stamford, CT 06905

Robert Roberts      ECF Nos. 68, 67, 63 and Ballot Class 4
Office of Enforcement & Compliance
1200 Pennsylvania Ave W
Washington, DC 20004

Social Security Administration      ECF Nos. 68, 67, 63 and Ballot Class 4
Office of Regional Chief Counsel
Region II
26 Federal Plaza 3904
New York, NY 10278
Attn: Officer, manager, authorized agent

State of California Franchise Tax Board      ECF Nos. 68, 67, 63 and Ballot Class 4
Franchise Tax Boar
Bankruptcy Unit
P.O. Box 2952 MS A 340
Sacramento, CA 95812
Attn: Officer, manager, authorized agent

T-Mobile      ECF Nos. 68, 67, 63 and Ballot Class 4
Att.: Officer, manager, authorized agent
PO Box 54310
Bellevue, WA 98015

7

999859

U.S. Securities and Exchange Commission  ECF Nos. 68, 67, 63 and Ballot Class 4
Bankruptcy Group, Brookfield Place
200 Vesey Street, Rm 400
New York, NY  10281
Attn: Officer, manager, authorized agent

United States Attorney's Office  ECF Nos. 68, 67, 63 and Ballot Class 4
Southern District of New York
Attn.: Tax and Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY 10007

Verizon Wireless Bankruptcy Administration  ECF Nos. 68, 67, 63 and Ballot Class 4
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Zoom  ECF Nos. 68, 67, 63 and Ballot Class 4
Attn.; Officer, manager, authorized agent
55 Almaden Blvd., 6th Floor
San Jose, CA 95113

**Retained Professionals**

RK Consultants  ECF Nos. 68, 67 and 63
1178 Broadway
New York, NY 10001
Attn:  Brian Ryniker

CBIZ Marks Paneth, LLC  ECF Nos. 68, 67 and 63
685 Third Avenue
New York, NY 10017
Attn:  Christopher Cacance, Managing Director

999859