**Fill in this information to identify the case:**

Debtor Name   Hal Luftig Company, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number:   22-11617 (JPM)

Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:                June 2023

Line of business:  Theatrical production co

Date report filed:    7/19/2023
                      MM / DD / YYYY

NAISC code:        7922

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Hal Luftig, President

Original signature of responsible party   ███████████

Printed name of responsible party     Hal Luftig

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** |  |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ✓ |  |  |
| 2. | Do you plan to continue to operate the business next month? | ✓ |  |  |
| 3. | Have you paid all of your bills on time? | ✓ |  |  |
| 4. | Did you pay your employees on time? | ✓ |  |  |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✓ |  |  |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ✓ |  |  |
| 7. | Have you timely filed all other required government filings? | ✓ |  |  |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? |  |  | ✓ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ |  |  |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** |  |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? |  | ✓ |  |
| 11. | Have you sold any assets other than inventory? |  | ✓ |  |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? |  | ✓ |  |
| 13. | Did any insurance company cancel your policy? |  | ✓ |  |
| 14. | Did you have any unusual or significant unanticipated expenses? |  | ✓ |  |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? |  | ✓ |  |
| 16. | Has anyone made an investment in your business? |  | ✓ |  |

Debtor Name  Hal Luftig Company, Inc.                                           Case number  22-11617 (JPM)

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## **2.** Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 89,453.13

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 279,108.15

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 23,492.54

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 255,615.61

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 345,068.74

## **3. Unpaid Bills**

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ 0.00

Debtor Name  Hal Luftig Company, Inc. _____      Case number  22-11617 (JPM) _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                           $ _____0.00_

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             _____3_

27. What is the number of employees as of the date of this monthly report?                 _____3_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____0.00_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_

30. How much have you paid this month in other professional fees?                          $ _____0.00_

31. How much have you paid in total other professional fees since filing the case?          $ _____0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 278,837.50 | − | $ 279,108.15 | = | $ 270.65 |
| 33. **Cash disbursements** | $ 25,430.00 | − | $ 23,492.54 | = | $ -1,967.47 |
| 34. **Net cash flow** | $ 253,407.50 | − | $ 255,615.61 | = | $ 2,208.11 |

35. Total projected cash receipts for the next month:                                    $ 3,125.00

36. Total projected cash disbursements for the next month:                             - $ 27,233.00

37. Total projected net cash flow for the next month:                                  = $ -24,108.00

Debtor Name  Hal Luftig Company, Inc.                                Case number  22-11617 (JPM)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.   Bank reconciliation reports for each account.

☑  40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.   Budget, projection, or forecast reports.

☐  42.   Project, job costing, or work-in-progress reports.

Hal Luftig Company
Exhibit C - Cash Receipts
June 2023

07/17/23

| | Type | Date | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Jun '23 | | | | | | | |
| | Deposit | 06/05/23 | Six on Broadway LP | Profit Distribution 13 | #‚ | Chase Business Checking | 3,125.00 | |
| | Deposit | 06/21/23 | Suite 719 | Profit Distribution | Chase Business Checking | 275,712.50 | |
| | Deposit | 06/30/23 | | Interest Income | CNB - Holding (Debtor) | 270.65 | |
| Jun '23 | | | | | | **279,108.15** | |

**Hal Luftig Company**
Exhibit D - Cash Disbursement
June 2023

| | Type | Date | Name | Memo | Account | 07/17/23 Credit |
|---|---|---|---|---|---|---|
| Jun '23 | | | | | | |
| | Check | 06/01/23 | Small Business Association | Repayment of SBA Loan | June 2023 | Chase Business Checking | 731.00 |
| | Check | 06/01/23 | T-Mobile | Telephone | Chase Business Checking | 187.88 |
| | Check | 06/05/23 | Chase Bank | Bank Service Charge | Chase Business Checking | 30.00 |
| | Check | 06/06/23 | Gusto | Payroll Fees | Chase Business Checking | 62.06 |
| | Check | 6/7/23 | American Express | May 2023 Statement | Chase Business Checking | 2,640.39 |
| | General Journal | 06/12/23 | Gusto | Payroll period 05/26/2023 - 06/08/2023 | Chase Business Checking | 4,588.78 |
| | General Journal | 06/12/23 | Gusto | Payroll period 05/26/2023 - 06/08/2023 | Chase Business Checking | 2,363.63 |
| | General Journal | 06/26/23 | Gusto | Payroll period 06/09/2023 - 06/24/2023 | Chase Business Checking | 4,588.80 |
| | General Journal | 6/26/23 | Gusto | Payroll period 06/09/2023 - 06/24/2023 | Chase Business Checking | 2,363.59 |
| | Check | 06/30/23 | Equity-League | May 2023 Statement | Chase Business Checking | 5,936.41 |
| Jun '23 | | | | | | **23,492.54** |



CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2023 through June 30, 2023
Account Number: ███████15170

00007875 DRE 802 141 18723 NNNNNNNNNNN T  1 000000000 D2 0000

HAL LUFTIG COMPANY INC.
117 W 17TH ST APT 2C
NEW YORK NY 10011-5446

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



**You now have more time to let us know about certain check errors on your account**

In June we increased the timeframe when you can make a claim for checks drawn on your account that have either been altered or that you did not authorize. You now have up to 60 days from when we make a statement available to make a claim on these items in order to be considered for reimbursement.

We've updated the **Safeguarding Your Information** section in our Deposit Account Agreement to reflect this change as well as provide additional information about our check claims process.

If you'd like a copy of the Deposit Account Agreement, please visit chase.com/business/disclosures, visit a branch or call us at the number on this statement. We also accept operator relay calls.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$16,170.20** |
| Deposits and Additions | 2 | 278,837.50 |
| Electronic Withdrawals | 9 | -23,462.54 |
| Fees | 1 | -30.00 |
| **Ending Balance** | **12** | **$271,515.16** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Deposit | $3,125.00 |
| 06/21 | Deposit | 275,712.50 |
| **Total Deposits and Additions** | | **$278,837.50** |

Page 1 of 4


**CHASE** ⬡

June 01, 2023 through June 30, 2023
Account Number: ███████15170

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01 | Orig CO Name:Sba Eidl Loan      Orig ID:████0118 Desc Date:230531 CO Entry Descr:Payment  Sec:CCD  Trace#:███2032 Eed:230601  Ind ID:0000 Ind Name:Hal Luftig          ███97805                              ACH Transaction Trn: 1529982032Tc | $731.00 |
| 06/01 | Orig CO Name:T-Mobile          Orig ID:████0304 Desc Date:230601 CO Entry Descr:Pcs Svc  Sec:Web   Trace#:██████████69631 Eed:230601  Ind ID:5187037 Name:Hal Luftig                              800-937-8997 Trn: 1528669631Tc | 187.88 |
| 06/06 | Orig CO Name:Gusto             Orig ID:███████4007 Desc Date:230606 CO Entry Descr:Fee 555474Sec:CCD   Trace#:█████████9449 Eed:230606   Ind ID:6Semjucn7B8 Ind Name:Hal Luftig Company, IN 3Qhk Trn: 1571589449Tc | 62.06 |
| 06/07 | Orig CO Name:American Express      Orig ID:███████2111 Desc Date:230607 CO Entry Descr:ACH Pmt  Sec:Web   Trace#:██████████0765 Eed:230607  Ind ID:W0784 Ind Name:Brian Smith                            Er Am Trn: 1587740765Tc | 2,640.39 |
| 06/12 | Orig CO Name:Gusto           Orig ID:████4001 Desc Date:230612 CO Entry Descr:Net 667360Sec:CCD   Trace#:█████████7758 Eed:230612   Ind ID:6Semjudqcjo          Ind Name:Hal Luftig Company, IN              3Qhk Trn: 1635297758Tc | 4,588.78 |
| 06/12 | Orig CO Name:Gusto           Orig ID:████4001 Desc Date:230612 CO Entry Descr:Tax 667362Sec:CCD   Trace#:██████7894 Eed:230612   Ind ID:6Semjudqcjq          Ind Name:Hal Luftig Company, IN              3Qhk Trn: 1635297894Tc | 2,363.63 |
| 06/27 | Orig CO Name:Gusto             Orig ID:█████4001 Desc Date:230627 CO Entry Descr:Net 960107Sec:CCD   Trace#:██████████0816 Eed:230627   Ind ID:6Semjuhhb91 Ind Name:Hal Luftig Company, IN 3Qhk Trn: 1784070816Tc | 4,588.80 |
| 06/27 | Orig CO Name:Gusto             Orig ID:████4001 Desc Date:230627 CO Entry Descr:Tax 960108Sec:CCD   Trace#:██████████1219 Eed:230627   Ind ID:6Semjuhhb92 Ind Name:Hal Luftig Company, IN 3Qhk Trn: 1784071219Tc | 2,363.59 |
| 06/30 | 06/30 Online ACH Payment ██████8754 To Equityleague ( ###0759) | 5,936.41 |
| **Total Electronic Withdrawals** | | **$23,462.54** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/05 | Service Charges For The Month of May | $30.00 |
| **Total Fees** | | **$30.00** |

The monthly service fee of $30.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/01 | $15,251.32 |
| 06/05 | 18,346.32 |
| 06/06 | 18,284.26 |
| 06/07 | 15,643.87 |
| 06/12 | 8,691.46 |
| 06/21 | 284,403.96 |
| 06/27 | 277,451.57 |
| 06/30 | 271,515.16 |



CHASE

June 01, 2023 through June 30, 2023
Account Number: ████████15170



## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $7.50 | |
| **Total Service Charges** | **$7.50** | Will be assessed on 7/6/23 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 8 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| **Total Transactions** | **12** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** ████████15170 | | | | | |
| Waived Monthly Service Fee | 0 | | | $30.00 | $0.00 |
| Transactions | 12 | 0 | 12 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$0.00** |
| **Other Fees** | | | | | |
| Non-Electronic Transactions | 12 | 250 | 0 | $0.40 | $0.00 |
| Online - Failed Payment | 2 | 0 | 2 | $0.00 | $0.00 |
| Standard ACH Pmnts Initial Fee | 3 | 0 | 3 | $2.50 | $7.50 |
| **Total Service Charge (Will be assessed on 7/6/23)** | | | | | **$7.50** |
| **ACCOUNT** ████████15170 | | | | | |
| Non-Electronic Transactions | 12 | | | | |
| Online - Failed Payment | 2 | | | | |
| Standard ACH Pmnts Initial Fee | 3 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

Your name and account number;
A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



June 01, 2023 through June 30, 2023

Account Number:          5170

This Page Intentionally Left Blank



**CITY NATIONAL BANK**

**AN RBC COMPANY**

Page 1        (0)

Account #: ████8634

This statement: June 30, 2023
Last statement: May 31, 2023

Contact us:
800 773-7100

NY 6TH Avenue Banking Office
1140 6TH Avenue
New York, NY 10036

029                              0830N
HAL LUFTIG COMPANY, INC
(DEBTOR-IN-POSSESSION CASE 22-11617 JPM)
117 W 17TH ST SUITE 2C
NEW YORK NY 10011

cnb.com

## Analyzed Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ████8634 | Beginning balance (5/31/2023) | | $107.03 |
| Minimum balance | $107.03 | | | |
| Average balance | $107.03 | Credits | + $0.00 | |
| Avg. collected balance | $107.00 | Debits | - $0.00 | |
| | | Ending balance (6/30/2023) | | $107.03 |

** No activity this statement period **

Thank you for banking with NY 6TH Avenue Banking Office



**CITY NATIONAL BANK**

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING
LENDER



## CITY NATIONAL BANK
### AN RBC COMPANY

Page 1          (0)

Account #: ████8642

This statement: June 30, 2023
Last statement: May 31, 2023

Contact us:
800 773-7100

NY 6TH Avenue Banking Office
1140 6TH Avenue
New York, NY 10036

029                                         0830N
HAL LUFTIG COMPANY, INC
(DEBTOR-IN-POSSESSION CASE 22-11617 JPM)
117 W 17TH ST SUITE 2C
NEW YORK NY 10011

cnb.com

### Analyzed Money Market

| | | | |
|---|---|---|---|
| Account number | ████8642 | Beginning balance | $73,175.96 |
| Minimum balance | $73,175.96 | Total credits | 270.65 |
| Average balance | $73,175.96 | Total debits | .00 |
| Avg. collected balance | $73,175.00 | Ending balance | $73,446.61 |
| | | Interest paid YTD | $ 1,022.73 |

### INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 05-31-23 | 4.500% | | | | | | |

### CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 06-30 | Interest Credit | | 270.65 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 73,175.96 | 06-30 | 73,446.61 | | |

Thank you for banking with NY 6TH Avenue Banking Office



**CITY NATIONAL BANK**

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC


EQUAL HOUSING LENDER

**Hal Luftig Company**

07/17/23

**Reconciliation Summary**

**Chase Business Checking, Period Ending 06/30/23**

|  | Jun 30, '23 |
|---|---|
| Beginning Balance | 16,170.20 |
| Cleared Transactions |  |
| Checks and Payments – 10 items | –23,492.54 |
| Deposits and Credits – 2 items | 278,837.50 |
| Total Cleared Transactions | 255,344.96 |
| Cleared Balance | 271,515.16 |
| Register Balance as of 06/30/23 | 271,515.16 |
| New Transactions |  |
| Checks and Payments – 1 item | –6,443.27 |
| Deposits and Credits – 1 item | 3,125.00 |
| Total New Transactions | –3,318.27 |
| Ending Balance | 268,196.89 |

**Hal Luftig Company**

07/17/23

**Reconciliation Summary**

**CNB – Payroll (Debtor), Period Ending 06/30/23**

|  | Jun 30, '23 |
| --- | --- |
| Beginning Balance | 107.03 |
| Cleared Balance | 107.03 |
| Register Balance as of 06/30/23 | 107.03 |
| Ending Balance | 107.03 |

**Hal Luftig Company**

07/17/23

**Reconciliation Summary**

**CNB – Holding (Debtor), Period Ending 06/30/23**

|  | Jun 30, '23 |
|---|---|
| Beginning Balance | 73,175.96 |
| Cleared Transactions |  |
| Deposits and Credits – 1 item | 270.65 |
| Total Cleared Transactions | 270.65 |
| Cleared Balance | 73,446.61 |
| Register Balance as of 06/30/23 | 73,446.61 |
| Ending Balance | 73,446.61 |

**Hal Luftig Company**
**Profit and Loss Standard**
**June 2023**

07/17/23

|                              | Jun '23     |
| ---------------------------- | ----------- |
| **Ordinary Income/Expense**  |             |
| Income                       |             |
| Profit                       |             |
| Suite 719 LLC                | 275,712.50  |
| Total Profit                 | 275,712.50  |
| Total Income                 | 275,712.50  |
| Gross Profit                 | 275,712.50  |
| Expense                      |             |
| 2023 Reimbursable Expenses   | 210.32      |
| Bank Service Charges         | 30.00       |
| Charity                      | 103.20      |
| Dues and Subscriptions       | 992.49      |
| Gifts                        | 84.93       |
| Insurance                    |             |
| Health                       | 5,936.41    |
| Total Insurance              | 5,936.41    |
| Payroll Taxes                |             |
| Payroll Taxes – Other        | 988.12      |
| Total Payroll Taxes          | 988.12      |
| Postage and Delivery         | 28.75       |
| Salary                       |             |
| Salary – Other               | 15,885.28   |
| Total Salary                 | 15,885.28   |
| Telephone                    | 453.43      |
| Travel & Ent                 |             |
| Meals                        | 258.16      |
| Travel                       | 796.32      |
| Total Travel & Ent           | 1,054.48    |
| Research                     | 5,358.00    |
| Total Expense                | 31,125.41   |
| Net Ordinary Income          | 244,587.09  |
| **Other Income/Expense**     |             |
| Other Income                 |             |
| Interest Income              | 270.65      |

Hal Luftig Company

Profit and Loss Standard

June 2023

07/17/23

|  | Jun '23 |
|---|---|
| Total Other Income | 270.65 |
| Net Other Income | 270.65 |
| Net Income | 244,857.74 |

**Hal Luftig Company**
**Balance Sheet Standard**
**As of June 30, 2023**

07/17/23

|  | Jun 30, '23 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| CNB – Holding (Debtor) | 73,446.61 |
| CNB – Payroll (Debtor) | 107.03 |
| Chase Business Checking | 271,515.16 |
| **Total Checking/Savings** | **345,068.80** |
| Other Current Assets | |
| Invest – Suite 719 LLC | 245,285.00 |
| Invest – COALG | –71.59 |
| Invest – Utopia Broadway LLC | 10,815.00 |
| Receivable – Scotland, PA | 2,209.23 |
| Invest – Tommy | 5,000.00 |
| Invest – American Utopia | –114,843.75 |
| Invest – Six on Broadway LP | –11,752.00 |
| Distributions Receivable–Invest | 4,642.33 |
| Invest – Rent North American LL | –14,388.00 |
| Invest – Becoming Nancy | 2,045.00 |
| Invest – Kinky Boots | 72,709.96 |
| Invest – Modern Millie | 17,210.19 |
| Reimbursable Expense | 100.00 |
| **Total Other Current Assets** | **218,961.37** |
| **Total Current Assets** | **564,030.17** |
| Other Assets | |
| Accumulated depreciation | –20,619.51 |
| Computer Equipment | 20,619.51 |
| **Total Other Assets** | **0.00** |
| **TOTAL ASSETS** | **564,030.17** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Chase Ink | –12,041.84 |
| American Express | |
| American Express – Other | 8,844.57 |
| **Total American Express** | **8,844.57** |
| **Total Credit Cards** | **–3,197.27** |

**Hal Luftig Company**

**Balance Sheet Standard**

As of June 30, 2023

07/17/23

|  | Jun 30, '23 |
|---|---|
| **Other Current Liabilities** | |
| Loan to/from Non-Shareholder | 75,000.00 |
| The Catch Me LLC | 80,425.01 |
| SBA Loan | 146,345.00 |
| Luftig-Haffner-Chapman Theatric | 50,000.00 |
| Loan to/from Shareholder | 74,283.41 |
| **Payroll Liabilities** | |
| Payroll Liabilities - Other | 19,295.90 |
| **Total Payroll Liabilities** | 19,295.90 |
| **Taxes Withheld** | |
| Federal | 1,031.22 |
| FICA | 424.97 |
| Medicare | 117.81 |
| **Total Taxes Withheld** | 1,574.00 |
| **Total Other Current Liabilities** | 446,923.32 |
| **Total Current Liabilities** | 443,726.05 |
| **Total Liabilities** | 443,726.05 |
| **Equity** | 120,304.12 |
| **TOTAL LIABILITIES & EQUITY** | 564,030.17 |