Adam L. Rosen PLLC
1051 Port Washington Blvd.
PO Box 52
Port Washington, NY  11050
 (516) 407-3756
adam.rosen@alrcounsel.com

Martin J. Foley, PLC
601 S. Figueroa Street, Ste. 2050
Los Angeles, CA 90017
(213) 248-0577
martin@mjfoleylaw.com
(admitted *pro hac vice*)

*Attorneys for Hal Luftig*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| HAL LUFTIG COMPANY, INC., | Case No. 22-11617 (JPM) |
| Debtor. | |

-----------------------------------------------------------x

**STATEMENT IN SUPPORT OF DEBTOR'S RESPONSE TO
OBJECTIONS TO BANKRUPTCY COURT'S FINDINGS OF FACT
<u>AND CONCLUSIONS OF LAW</u>**

Hal Luftig, by his undersigned counsel, respectfully submits this Statement in support of the Debtor's Response, dated January 9, 2024 (ECF No. 136), to the objections filed by FCP Entertainment Partners LLC (ECF Nos. 133 and 134) and the United States Trustee (ECF Nos. 119 and 122), as follows:

1.  Mr. Luftig joins and adopts the Debtor's Response to the objections filed by FCP Entertainment Partners LLC and the United States Trustee and urges the District Court to overrule the objections and adopt and approve the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law.

2.  This case has been pending since December 2022 and the Debtor has dutifully met all

requirements to confirm its chapter 11 plan. The Bankruptcy Court's decision and order confirming the plan should be approved and adopted.

Dated: Port Washington, New York
January 9, 2024

                                            ADAM L. ROSEN PLLC

                                            By: *Adam L. Rosen*
                                                  Adam L. Rosen
                                            1051 Port Washington Blvd.
                                            PO Box 552
                                            Port Washington, NY 11050-0146
                                            (516) 407-3756
                                            adam.rosen@alrcounsel.com

                                            Martin J. Foley, PLC
                                            601 S. Figueroa Street, Ste. 2050
                                            Los Angeles, CA 90017
                                            martin@mjfoleylaw.com
                                            (admitted *pro hac vice*)

                                            *Attorneys for Hal Luftig*